SOL:JC
(06)02807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | : | |
| | : | Civil Action File |
| Plaintiff, | | No. |
| | : | |
| V. | | |
| | : | **SERVICE NOTICE** |
| SABE RESTAURANT 401(k) PLAN, | : | |
| Defendant. | : | |

-----------------------------------------------------------------

PLEASE TAKE NOTE that Elaine L. Chao, Secretary of Labor, United States Department of Labor, the Plaintiff in this matter, tells the Court that she has effected service on the Defendant Sabe Restaurant 401(k) Plan as follows:

1. The Secretary's Investigators have left copies of the summons, complaint, and court rules for this matter at the residence for the last known fiduciaries of the Defendant, as described in the Return of Service Forms attached hereto as Exhibit A; and,

2. Copies of the summons, complaint, and court rules for this matter have been mailed to the last known fiduciaries of the Defendant, as described in the Certificate of Service attached hereto as Exhibit B.

DATED: March 14, 2007
       New York, New York

                                      PATRICIA M. RODENHAUSEN
                                      Regional Solicitor

                              BY: ***John G. Campbell***
                                    JOHN G. CAMPBELL
                                    Attorney JC (2125)

POST OFFICE ADDRESS:

U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, New York 10014
(212) 337-2078/2111
FAX (212) 337-2112

EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: March 6, 2007

NAME OF SERVER (PRINT): LORI A. Summers

TITLE: Sr. Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Richard Cabrera, Building Security

☐ Returned unexecuted: _____

☒ Other (specify): I am told, and believe that Urbano Benito was a fiduciary or trustee of the Defendant, Sabe Restauruant 401(k) Plan. My inquiries confirmed that Mr. Benito resides at 6039 Collins Avenue, Apt # 802, Miami Beach, Florida 33140. On March 6, 2007, I left the Summons, Complaint and Judge's Rules at Mr. Benito's residence as described in Paragraph 2 of this Form

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 6, 2007

Signature of Server: Lori A. Summers

Address of Server: U.S. Dept. of Labor
8040 Peters Rd #H-104
Plantation FL 33324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]　　DATE: March 6, 2007

NAME OF SERVER (PRINT): Lori A. Summers　　TITLE: Sr. Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Richard Cabrera, Building Security

☐ Returned unexecuted: _____

☒ Other (specify): I am told, and believe that Margaret Benito was a fiduciary or trustee of the Defendant, Sabe Restauruant 401(k) Plan. My inquiries confirmed that Mrs. Benito resides at 6039 Collins Avenue, Apt # 802, Miami Beach, Florida 33140. On March 6, 2007, I left the Summons, Complaint and Judge's Rules at Mrs. Benito's residence as described in Paragraph 2 of this Form

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 6, 2007

Signature of Server: Lori A. Summers

Address of Server: U.S. Dept of Labor
8040 Peters Rd #H-104
Plantation, FL 33324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

SOL:JC
(06)02807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,                :
United States Department of Labor,
                                                   :    Civil Action File
                                  Plaintiff,            No.
                                                   :
                V.
                                                   :    **CERTIFICATE OF SERVICE**

SABE RESTAURANT 401(k) PLAN,                       :

                                  Defendant.       :
-----------------------------------------------------------------

I, TAMMY LOWERY, being duly sworn, hereby declare the following under penalty of perjury:

  1. I am employed by the U.S. Department of Labor, Office of the Solicitor, at 201 Varick Street, Room 983, New York, New York 10014.

  2. On Tuesday, March 13, 2007, I mailed via regular mail copies of the Summons and Complaint for this matter and the rules and individual practices of the District Judge assigned to Benito and Margaret Urbino at 6039 Collins Avenue, Apt #802, Miami Beach, Florida 33140. I mailed separate packages of these documents to Benito and Margaret Urbino at that address in securely sealed first class mail envelopes.

Dated: March 14, 2007
       New York, New York

/s/: _Tammy Lowery_

1